UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60728-RAR

**TIFFANY Y. MITCHELL**,

    Plaintiff,

v.

**ULTIMATE CARWASH, INC.**,
**RICHARD E. PALACIOS, and**
**CHRISTINE A. PALACIOS**,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING SUBMISSION OF SETTLEMENT AGREEMENT FOR COURT APPROVAL

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 21], indicating the parties have reached an agreement resolving this matter.

This is a Fair Labor Standards Act ("FLSA") case (29 U.S.C. §§ 201-219), in which the parties have stipulated to dismissal following a settlement. The two circumstances in which FLSA claims may be compromised are claims that are: 1) supervised by the Secretary of Labor, pursuant to 29 U.S.C. § 216(c); and 2) when a court reviews and approves a settlement in a private action for back wages under 29 U.S.C. § 216(b). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982).

Before a court may approve a compromised settlement, it must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. *See id.* at 1354-55. In contrast, where a plaintiff is offered full compensation on his or her FLSA claim, no compromise is involved, and judicial approval is not required. *See Mackenzie v. Kindred Hosp. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The parties shall submit, by **June 29, 2020**, their proposed settlement, should the Plaintiff not have been offered full compensation on the FLSA claim filed. Where a settlement must be approved by the Court, the settlement becomes part of the judicial record, and therefore, may not be deemed confidential even if the parties so consent. *See, e.g., Jessup v. Luther*, 277 F.3d 926 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under seal it becomes part of the judicial record). Accordingly, the proposed settlement agreement must not be filed under seal.

2. This case is **ADMINISTRATIVELY CLOSED** given the Joint Notice of Settlement [ECF No. 21]. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of June, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record